IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| FRED FREEMAN, #235180, ) | |
| ) | |
| Plaintiff, ) | C/A No.: 9:09-1102 DCN |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| DOCTOR BYRNE AND DR. NFN ) | |
| ALLEWINE, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court pursuant to plaintiff's Motion to Alter Judgment. This motion was filed on March 21, 2011. After reviewing the motion and the response in opposition filed by defendants, it is therefore

**ORDERED**, that the plaintiff's Motion to Alter Judgment is **DENIED.**

**AND IT IS SO ORDERED**.

David C. Norton
Chief United States District Judge

October 14, 2011
Charleston, South Carolina